In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor   Case No._1-05-06121_

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| RESIDENCE - 130 CASHMAN ROAD, GETTYSBURG, PA PROPERTY IS OWNED JOINTLY WITH JOHN AND MARY CALLOWAY | 1/3 INTEREST | W | $ 235,000.00 | $ 228,353.00 |
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | 235,000.00 | |

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor      Case No. _1-05-06121_
(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _HOUSEHOLD GOODS_<br>_Location: In debtor's possession_ | J | $ 5,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _DYCAST CAR COLLECTION_<br>_Location: In debtor's possession_ | J | $ 300.00 |
| 6. Wearing apparel. | | _WEARING APPAREL_<br>_Location: In debtor's possession_ | J | $ 500.00 |
| 7. Furs and jewelry. | | _JEWELRY_<br>_Location: In debtor's possession_ | J | $ 1,070.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Page __1__ of __3__

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor    Case No. _1-05-06121_

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _16' FLATBED_ Location: In debtor's possession | H | $ 800.00 |
| | | _1992 FORD E150 CONVERSION VAN_ Location: In debtor's possession | W | $ 500.00 |
| | | _1994 FORD F150 - NOT ON ROAD AND NOT TITLED_ Location: In debtor's possession | J | $ 100.00 |
| | | _1994 FORD F350 PICKUP TRUCK_ Location: In debtor's possession | H | $ 5,000.00 |
| 24. Boats, motors, and accessories. | X | | | |

In re **Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond** / Debtor     Case No. *1-05-06121*

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | (1) GREAT DANE PUPPY<br>Location: In debtor's possession | J | $ 500.00 |
| | | (4) GREAT DANE DOGS<br>Location: In debtor's possession | J | $ 700.00 |
| | | BLUE & GOLD MACAW WITH CAGE<br>Location: In debtor's possession | J | $ 800.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | 55 GALLON AQUARIUM<br>Location: In debtor's possession | J | $ 200.00 |
| | | TOOLS<br>Location: In debtor's possession | J | $ 5,000.00 |
| | | | Total ➤ | $ 20,970.00 |

(Report total also on Summary of Schedules.)

Page __3__ of __3__

In re *Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond* / Debtor   Case No. *1-05-06121*

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| RESIDENCE – 130 CASHMAN ROAD, GETTYSBURG, PA | 11 USC 522(d)(1) | $ 17,647.00 | $ 235,000.00 |
| HOUSEHOLD GOODS | 11 USC 522(d)(3) | $ 5,500.00 | $ 5,500.00 |
| DYCAST CAR COLLECTION | 11 U.S.C. § 522(d)(5) | $ 300.00 | $ 300.00 |
| WEARING APPAREL | 11 USC 522(d)(3) | $ 500.00 | $ 500.00 |
| JEWELRY | 11 USC 522(d)(4) | $ 1,070.00 | $ 1,070.00 |
| 16' FLATBED | 11 USC 522(d)(5) | $ 800.00 | $ 800.00 |
| 1992 FORD E150 CONVERSION VAN | 11 USC 522(d)(5) | $ 500.00 | $ 500.00 |
| 1994 FORD F150 | 11 USC 522(d)(5) | $ 100.00 | $ 100.00 |
| 1994 FORD F350 PICKUP TRUCK | 11 USC 522(d)(2)<br>11 USC 522(d)(5) | $ 2,975.00<br>$ 2,025.00 | $ 5,000.00 |
| (1) GREAT DANE PUPPY | 11 USC 522(d)(5) | $ 500.00 | $ 500.00 |
| (4) GREAT DANE DOGS | 11 USC 522(d)(5) | $ 700.00 | $ 700.00 |
| BLUE & GOLD MACAW WITH CAGE | 11 U.S.C. § 522(d)(5) | $ 800.00 | $ 800.00 |
| 55 GALLON AQUARIUM | 11 U.S.C. § 522(d)(5) | $ 200.00 | $ 200.00 |
| TOOLS | 11 USC 522(d)(6)<br>11 USC 522(d)(5) | $ 3,700.00<br>$ 1,300.00 | $ 5,000.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor    Case No. <u>1-05-06121</u>

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1**<br>*ADAMS COUNTY TAX CLAIM BUREAU*<br>*111-117 BALTIMORE STREET*<br>*ROOM #4*<br>*GETTYSBURG, PA 17325* | W | *REAL ESTATE TAX*<br><br>*RESIDENCE - 130 CASHMAN ROAD,*<br>*GETTYSBURG, PA*<br><br>Value: **$ 235,000.00** | | | | **$ 11,000.00** | **$ 0.00** |
| Account No:<br>**Creditor # : 2**<br>*ADAMS COUNTY TAX CLAIM BUREAU*<br>*111-117 BALTIMORE STREET*<br>*ROOM #4*<br>*GETTYSBURG, PA 17325* | W | *REAL ESTATE TAX*<br><br>*RESIDENCE - 130 CASHMAN ROAD,*<br>*GETTYSBURG, PA*<br><br>Value: **$ 235,000.00** | | | | **$ 11,000.00** | **$ 0.00** |
| Account No:<br>*Representing:*<br>*ADAMS COUNTY TAX CLAIM BUREAU* | | *J P HARRIS ASSOCIATES LLC*<br>*POST OFFICE BOX 226*<br>*MECHANICSBURG, PA 17055*<br><br>Value: | | | | | |
| Account No: **2791**<br>**Creditor # : 3**<br>*AMERICAN GENERAL FINANCE*<br>*1655 EAST MAIN STREET*<br>*WAYNESBORO, PA 17268* | W | *Non-purchase Money Security*<br>*HOUSEHOLD GOODS*<br><br>Value: **$ 5,500.00** | | | | **$ 1,500.00** | **$ 0.00** |

<u>2</u> continuation sheets attached

Subtotal $   23,500.00<br>
(Total of this page)<br>
Total $<br>
(Use only on last page. Report total also on Summary of Schedules)

In re Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond / Debtor    Case No. 1-05-06121
                                                                                    (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 9350<br>Creditor # : 4<br>AMERICAN GENERAL FINANCE<br>1655 EAST MAIN STREET<br>WAYNESBORO, PA 17268 | H | HOUSEHOLD GOODS<br>HOUSEHOLD GOODS<br><br>Value: $ 5,500.00 | | | | $ 2,500.00 | $ 0.00 |
| Account No: 0778<br>Creditor # : 5<br>CONGRESS AUTO SERVICES<br>6725 DOGWOOD ROAD<br>GWYNN OAK  MD 21207 | J | Judgment Lien<br>HOUSEHOLD GOODS<br><br>Value: $ 5,500.00 | | | | $ 286.00 | $ 0.00 |
| Account No:<br>Creditor # : 6<br>ELIAS PAPOULIAS<br>6422 FROTHINGHAM COURT<br>HALETHORPE  MD 21227 | J | Judgment Lien<br>HOUSEHOLD GOODS<br><br>Value: $ 5,500.00 | | | | $ 735.00 | $ 0.00 |
| Account No:<br>Creditor # : 7<br>GINA MOORE<br>37 THORNHILL ROAD<br>LUTHERVILLE TIMO MD 21093 | J | Judgment Lien<br>HOUSEHOLD GOODS<br><br>Value: $ 5,500.00 | | | | $ 235.00 | $ 0.00 |
| Account No:<br>Creditor # : 8<br>KABLE ANIMAL HOSPITAL<br>POST OFFICE BOX 237<br>LAUREL  MD 20725 | J | Judgment Lien<br>HOUSEHOLD GOODS<br><br>Value: $ 5,500.00 | | | | $ 190.00 | $ 0.00 |
| Account No:<br>Creditor # : 9<br>KATHY PRITT OBERLIN<br>145 NEW CHESTER ROAD<br>Gettysburg PA 17325 | J | Judgment Lien<br>HOUSEHOLD GOODS<br><br>Value: $ 5,500.00 | | | | $ 16,199.00 | $ 16,145.00 |

Sheet No. 1  of  2   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $    20,145.00
(Total of this page)

Total $
(Use only on last page. Report total also on Summary of Schedules)

FORM B6D (12/03) West Group, Rochester, NY

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor    Case No. <u>1-05-06121</u>

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>*Creditor # : 10*<br>*RHONDA L STAUB SPICKA*<br>*23 SUMMER DRIVE*<br>*Gettysburg PA 17325* | W | *Judgment Lien*<br>*RESIDENCE - 130 CASHMAN ROAD, GETTYSBURG, PA*<br><br>Value: *$ 235,000.00* | | | | *$ 1,353.00* | *$ 0.00* |
| **Account No:**<br>*Creditor # : 11*<br>*TRACEY R MCVEY*<br>*35 VENTURE DRIVE*<br>*HOLTWOOD  PA 17532* | W | *Judgment Lien*<br><br>Value: *$ 5,500.00* | | | | *$ 0.00* | *$ 0.00* |
| **Account No:**<br>*Creditor # : 12*<br>*UNION PLANTERS BANK MORTGAGE*<br>*POST OFFICE BOX 1860*<br>*MEMPHIS, TN 38103* | X W | *Mortgage*<br>*RESIDENCE - 130 CASHMAN ROAD, GETTYSBURG, PA*<br><br>Value: *$ 235,000.00* | | | | *$ 205,000.00* | *$ 0.00* |
| **Account No:**<br><br>*Representing:*<br>*UNION PLANTERS BANK MORTGAGE* | | *MICHAEL P COUGHLIN ESQUIRE*<br>*POST OFFICE BOX 3037*<br>*BLUE BELL  PA 19422-0765*<br><br>Value: | | | | | |
| **Account No:**<br><br> | | <br>Value: | | | | | |
| **Account No:**<br><br> | | <br>Value: | | | | | |

Sheet No. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $    *206,353.00*
(Total of this page)

Total $    *249,998.00*
(Use only on last page. Report total also on Summary of Schedules)

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor    Case No. _1-05-06121_

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re  Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond  / Debtor   Case No. 1-05-06121

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 1** <br> *ADAMS CTY COURT OF COMMON PLEA* <br> *117 BALTIMORE STREET* <br> *GETTYSBURG, PA 17325* | H | *FINES & RESTITUTION* | | | | $ 6,000.00 | $ 6,000.00 |
| Account No: <br> **Creditor # : 2** <br> *INTERNAL REVENUE SERVICE* <br> *SPECIAL PROCEDURES* <br> *POST OFFICE BOX 12051* <br> *PHILADELPHIA, PA 19105-2051* | J | *INCOME TAX* | | | | $ 9,215.00 | $ 9,215.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to

Schedule of Creditors

| | Subtotal $ | 15,215.00 |
|---|---|---|
| | (Total of this page) | |
| | Total $ | 15,215.00 |

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor    Case No. _1-05-06121_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | W | | | | | _Unknown_ |
| _Creditor # : 1_ _ADAMS COUNTY TAX CLAIM BUREAU_ _111-117 BALTIMORE STREET_ _ROOM #4_ _GETTYSBURG, PA 17325_ | | | _PER CAPITA / OCCUPATIONAL TAXES_ | | | | |
| Account No: | | | | | | | |
| _Representing:_ _ADAMS COUNTY TAX CLAIM BUREAU_ | | | _JAMES C STINE COLLECTOR_ _386 COLEMAN ROAD_ _GETTYSBURG, PA 17325_ | | | | |
| Account No: | X | H | | | | | _Unknown_ |
| _Creditor # : 2_ _ADAMS COUNTY TAX CLAIM BUREAU_ _111-117 BALTIMORE STREET_ _ROOM #4_ _GETTYSBURG, PA 17325_ | | | _PER CAPITA / OCCUPATIONAL TAXES_ | | | | |
| Account No: | | | | | | | |
| _Representing:_ _ADAMS COUNTY TAX CLAIM BUREAU_ | | | _JAMES C STINE COLLECTOR_ _386 COLEMAN ROAD_ _GETTYSBURG, PA 17325_ | | | | |

_17_ continuation sheets attached

Subtotal $     _0.00_
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor     Case No. <u>1-05-06121</u>

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>*Representing:*<br>*ADAMS COUNTY TAX CLAIM BUREAU* | | *J P HARRIS ASSOCIATES LLC*<br>*POST OFFICE BOX 226*<br>*MECHANICSBURG, PA 17055* | | | | |
| Account No:<br>*Creditor # : 3*<br>*AFS ASSIGNEE OF CERTEGY BANK*<br>*C/O ARROW FINANCIAL*<br>*8589 AERO DRIVE STE 600*<br>*SAN DIEGO, CA 92123* | W | *CHARGE ACCOUNT*<br>*ACCOUNT PLACED FOR COLLECTION 7/03* | | | | $ 210.00 |
| Account No:<br>*Creditor # : 4*<br>*AFS ASSIGNEE OF METRIS*<br>*C/O ARROW FINANCIAL*<br>*8589 AERO DRIVE STE 600*<br>*SAN DIEGO, CA 92123* | W | *CHARGE ACCOUNT*<br>*ACCOUNT PLACED FOR COLLECTION 4/01* | | | | $ 639.00 |
| Account No:<br>*Creditor # : 5*<br>*ALLEGHENY POWER*<br>*CUSTOMER SERVICE CTR*<br>*POST OFFICE BOX 1392*<br>*FAIRMONT WV 26555-1392* | J | *UTILITIES* | | | | $ 1,266.00 |
| Account No:<br><br>*Representing:*<br>*ALLEGHENY POWER* | | *VALLEY CREDIT SERVICE INC*<br>*POST OFFICE BOX 83*<br>*STAUNTON VA 24402* | | | | |
| Account No:<br>*Creditor # : 6*<br>*ANESTHESIA ASSOCIATES OF YORK*<br>*110 PINE GROVE COMMONS*<br>*YORK PA 17403* | J | *Medical Bills*<br>*(3) CLAIMS* | | | | $ 5,797.65 |

Sheet No. <u>1</u> of <u>17</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | 7,912.65
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor     Case No. _1-05-06121_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Representing:* **ANESTHESIA ASSOCIATES OF YORK** | | **NATIONAL RECOVERY AGENCY, INC. POST OFFICE BOX 67015 HARRISBURG, PA 17106-7015** | | | | | |
| Account No: Creditor # : 7 *ARROW FINANICAL SERVICES 2540 WEST PETERSON CHICAGO, IL 60659-4113* | J | *Credit Card Purchases COLLECTING FOR A.F.S. ASSIGNEE OF MERTRIS* | | | | | $ 639.00 |
| Account No: Creditor # : 8 *BANK OF HANOVER 880 CARLISLE STREET HANOVER PA 17331* | J | **BANK CHARGE** | | | | | $ 530.33 |
| Account No: Creditor # : 9 *BON TON BUILDERS 1060 BALTIMORE STREET HANOVER PA 17331* | H | *PREVIOUSLY OWNED FORD BOX TRUCK* | | | | | *Unknown* |
| Account No: Creditor # : 10 *BRENNEN & CLARK LTD 721 E MADISON SUITE 200 VILLA PARK IL 60181* | J | *INSURANCE PREMIUMS COLLECTING FOR ERIE INSURANCE* | | | | | $ 53.00 |
| Account No: 6691 Creditor # : 11 *CAPITAL ONE CAPITAL ONE SERVICES INC POST OFFICE BOX 85015 RICHMOND, VA 23285-5015* | J | *Credit Card Purchases* | | | | | $ 842.71 |

Sheet No. _2_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     2,065.04
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor     Case No. <u>1-05-06121</u>

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: **6691** | | | | | | | |
| *Representing:* *CAPITAL ONE* | | *MAXWELL & ASSOCIATES INC* *POST OFFICE BOX 922967* *NORCROSS GA 30010-3747* | | | | | |
| Account No: **0799** | J | | | | | | $ 4,000.00 |
| *Creditor # : 12* *CHASE BANK USA NA* *900 STEWART AVENUE* *GARDEN CITY, NY 11530* | | *PREVIOUSLY OWNED DODGE DAKOTA* | | | | | |
| Account No: | J | | | | | | $ 8,000.00 |
| *Creditor # : 13* *CHRYSLER FINANCIAL* *ATTN BANKRUPTCY DEPT* *POST OFFICE BOX 955* *HORSHAM PA 19044* | | *DEFICIENCY AFTER REPO* | | | | | |
| Account No: | W | | | | | | $ 330.00 |
| *Creditor # : 14* *COMMUNITY BANKS* *C/O NATIONAL RECOVERY* *POST OFFICE BOX 182965* *COLUMBUS OH 43218* | | *CHARGE ACCOUNT* *ACCOUNT PLACED FOR COLLECTION 1/04* | | | | | |
| Account No: | J | | | | | | $ 167.19 |
| *Creditor # : 15* *CRA SECURITY SYSTEMS* *POST OFFICE BOX 67555* *HARRISBURG, PA 17106-7555* | | *USECURED DEBT* *COLLECTING FOR VALLEY PET* | | | | | |
| Account No: | J | | | | | | $ 2,244.96 |
| *Creditor # : 16* *CRABBS & CRABBS* *202 BROADWAY* *HANOVER PA 17331* | | *UNKNOWN* | | | | | |

Sheet No. _3_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     14,742.15
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor    Case No. <u>1-05-06121</u>

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br><br>Creditor # : 17<br>CROSS COUNTRY BANK<br>POST OFFICE BOX 310711<br><br>BOCA RATON, FL 33431-0711 | H | Credit Card Purchases | | | | | $ 634.00 |
| Account No:<br><br>Representing:<br>CROSS COUNTRY BANK | | ALLIED INTERSTATE<br>POST OFFICE BOX 361374<br>COLUMBUS OH 43236 | | | | | |
| Account No:<br><br>Creditor # : 18<br>DALE L DICKEY VMD<br>10 CONFEDERATE DRIVE<br>GETTYSBURG, PA 17325 | J | VETERINARY CARE | | | | | $ 826.58 |
| Account No:<br><br>Representing:<br>DALE L DICKEY VMD | | I C SYSTEM<br>POST OFFICE BOX 64378<br>ST PAUL MN 55164-0437 | | | | | |
| Account No:<br><br>Creditor # : 19<br>DIRECT MERCHANTS BANK<br>CARDHOLDER SVCS<br>POST OFFICE BOX 21550<br>TULSA,  OK 74121-1550 | J | Credit Card Purchases | | | | | $ 508.00 |
| Account No:<br><br>Creditor # : 20<br>DIRECTV INC<br>CUSTOMER SERVICE<br>POST OFFICE BOX 92600<br>LOS ANGELES, CA 90009 | J | SATELITE DISH SERVICE | | | | | Unknown |

Sheet No. <u>4</u> of <u>17</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    1,968.58
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re  _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_  / Debtor     Case No. _1-05-06121_
                                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 21* <br> *DISH NETWORK* <br> *ATTN BANKRUPTCY DEPT* <br> *5701 S SANTE FE DRIVE* <br> *LITTLESTOWN CO 80120* | J | *SATELITE DISH SERVICE* | | | | $ 0.00 |
| Account No: <br> *Creditor # : 22* <br> *DISNEY MOVIE CLUB* <br> *POST OFFICE BOX 738* <br> *NEENAH WI 54957-0738* | J | *MOVIE CLUB* | | | | $ 19.90 |
| Account No: <br> *Creditor # : 23* <br> *EDUCATION DIRECT* <br> *C/O NORTHESTCRCOL* <br> *120 KEYSER* <br> *SCRANTON PA 18504* | H | *UNKNOWN* <br> *ACCOUNT PLACED FOR COLLECTION 6/04* | | | | $ 628.00 |
| Account No: <br> *Creditor # : 24* <br> *EHRLICH PEST CONTROL* <br> *4565 WEST MARKET STREET* <br> *YORK      PA 17404* | J | *EXTERMINATION EXPENSES* | | | | *Unknown* |
| Account No: <br> *Creditor # : 25* <br> *EMMITSBURG VERERINARIAN HOSPIT* <br> *WAYNESBORO ROAD* <br> *EMMITTSBURG MD 21727* | J | *VETERINARY CARE* | | | | $ 238.00 |
| Account No: <br> *Creditor # : 26* <br> *FASHION BUG* <br> *POST OFFICE BOX 84073* <br> *COLUMBUS, GA 31908* | J | *CHARGE ACCOUNT* | | | | *Unknown* |

Sheet No. _5_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ <br> (Total of this page) | 885.90 |
| Total $ <br> (Report total also on Summary of Schedules) | |

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor     Case No. _1-05-06121_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 27** *FCNB/SPIEGEL* *GENERAL CORRESPONDENCE* *POST OFFICE BOX 2650* *PORTLAND  OR 97208* | J | CHARGE ACCOUNT | | | | $ 1,156.00 |
| Account No: **Creditor # : 28** *GARDENING MADE EASY* *IMP* *FOUR GATEWAY CTR 444 LIBERTY* *PITTSBURGH  PA 15222-1207* | J | MAGAZINE SUBSCRIPTIONS | | | | $ 30.78 |
| Account No: **Creditor # : 29** *GETTYSBURG DIAGNOSTIC IMAGING* *POST OFFICE BOX 10848* *LANCASTER  PA 17605-0848* | J | *Medical Bills* | | | | $ 39.00 |
| Account No: **Creditor # : 30** *GETTYSBURG ELECTRICAL COMPANY* *305 CROOKED CREEK ROAD* *GETTYSBURG, PA 17325* | J | SERVICES RENDERED | | | | $ 500.00 |
| Account No: **Creditor # : 31** *GETTYSBURG HOSPITAL* *147 GETTYS STREET* *GETTYSBURG, PA 17325* | J | *Medical Bills* | | | | $ 3,124.00 |
| Account No: *Representing:* *GETTYSBURG HOSPITAL* | | *NATIONAL RECOVERY AGENCY, INC.* *POST OFFICE BOX 67015* *HARRISBURG, PA 17106-7015* | | | | |

Sheet No. _6_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      *4,849.78*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor   Case No. _1-05-06121_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> *Representing:* <br> *GETTYSBURG HOSPITAL* | | | *PENN CREDIT CORP* <br> *916 S 14TH STREET* <br> *HARRISBURG, PA 17104* | | | | |
| Account No: <br> *Creditor # : 32* <br> *GPU ENERGY* <br> *READING  PA 19601* | J | | *UTILITIES* | | | | $ 9,000.00 |
| Account No: <br><br> *Representing:* <br> *GPU ENERGY* | | | *MARLIN INTGR* <br> *110 GLEN STREET* <br> *STE 30* <br> *GLENNS FALLS NY 12801* | | | | |
| Account No: <br> *Creditor # : 33* <br> *HANOVER DENTO ALVEOLAR SURGERY* <br> *CONSOLIDATED COLLECTION SERVIC* <br> *2213 FOREST HILL STE 2* <br> *HARRISBURG, PA 17112* | H | | *Medical Bills* <br> *ACCOUNT PLACED FOR COLLECTION 12/03* | | | | $ 107.00 |
| Account No: <br> *Creditor # : 34* <br> *HANOVER DIAGNOSTIC* <br> *POST OFFICE BOX 468* <br> *BERWICK  PA 18603* | J | | *Medical Bills* | | | | $ 87.00 |
| Account No:  *unts* <br> *Creditor # : 35* <br> *HANOVER HOSPITAL* <br> *300 HIGHLAND AVENUE* <br> *HANOVER  PA 17331-2297* | J | | *Medical Bills* | | | | *Unknown* |

Sheet No. _7_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   9,194.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor    Case No. <u>1-05-06121</u>

<span style="text-align:right">(if known)</span>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *unts*<br><br>*Representing:*<br>*HANOVER HOSPITAL* | | *CENTRAL CREDIT AUDIT*<br>*POST OFFICE BOX 735*<br>*Sunbury    PA 17801* | | | | |
| Account No: *unts*<br><br>*Representing:*<br>*HANOVER HOSPITAL* | | *FINANCIAL RECOVERIES*<br>*POST OFFICE BOX 8609*<br>*CHERRY HILL NJ 08002* | | | | |
| Account No: *unts*<br>*Creditor # : 36*<br>*HANOVER ORTHOPAEDIC ASSOCIATES*<br>*100 PENN STREET*<br>*HANOVER  PA 17331* | *J* | *Medical Bills* | | | | $ 217.00 |
| Account No:<br>*Creditor # : 37*<br>*HANOVER PEDIATRIC*<br>*217 BROADWAY*<br>*HANOVER  PA 18331* | *J* | *Medical Bills* | | | | $ 255.00 |
| Account No:<br><br>*Representing:*<br>*HANOVER PEDIATRIC* | | *COMMERCIAL ACCEPTANCE*<br>*4807 JONESTOWN ROAD*<br>*HARRISBURG, PA 17109* | | | | |
| Account No:<br>*Creditor # : 38*<br>*HOUSEHOLD BANK*<br>*POST OFFICE BOX 98715*<br>*LAS VEGAS, NV 89193* | *J* | *Credit Card Purchases* | | | | $ 810.14 |

Sheet No. <u>8</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    *1,282.14*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor    Case No. <u>1-05-06121</u>

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Representing:* <br> *HOUSEHOLD BANK* | | *MITCHELL N KAY* <br> *7 PENN PLAZA - 18TH FLOOR* <br> *NEW YORK, NY 10001-3995* | | | | | |
| Account No: <br> *Representing:* <br> *HOUSEHOLD BANK* | | *RJM ACQUISITIONS FUNDING LLC* <br> *POST OFFICE BOX 1154* <br> *HAUPPAUGE  NY 11788-1154* | | | | | |
| Account No: <br> *Creditor # : 39* <br> *JC PENNEY* <br> *POST OFFICE BOX 981131* <br> *EL PASO,  TX 79998* | *J* | *CHARGE ACCOUNT* | | | | | *Unknown* |
| Account No: <br> *Creditor # : 40* <br> *JUDY SHUB-CONDILIFF ESQUIRE* <br> *118 WEST PENNSYLVANIA AVENUE* <br> *TOWSON  MD 21204* | *J* | *SERVICES RENDERED* | | | | | *$ 6,900.00* |
| Account No: <br> *Creditor # : 41* <br> *LITMAN JEWELERS* <br> *POST OFFICE BOX 103000* <br> *BOSWELL GA 30076* | *J* | *CHARGE ACCOUNT* | | | | | *Unknown* |
| Account No: <br> *Creditor # : 42* <br> *LU ASSOCIATES* <br> *Need Address information* | *J* | *ORTHODONTIC EXPENSE* | | | | | *$ 1,400.00* |

Sheet No. <u>9</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    *8,300.00*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor    Case No. <u>1-05-06121</u>

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 43 MAIN STREET VETERINARIAN HOSPI MAIN STREET REISTERSTOWN PA 21136* | *J* | *VETERINARY CARE* | | | | $ 335.00 |
| Account No: *Representing: MAIN STREET VETERINARIAN HOSPI* | | *I C SYSTEM POST OFFICE BOX 64378 ST PAUL MN 55164-0437* | | | | |
| Account No: *Creditor # : 44 MANCHESTER VETERINARIAN SERVIC 3269 MAIN STRET MANCHESTER, MD 21102* | *J* | *VETERINARY CARE* | | | | *Unknown* |
| Account No: *Creditor # : 45 MEDICAL C/O COMMERCIAL ACCEPTANCE 4807 JONESTOWN ROAD STE 247 HARRISBURG, PA 17109* | *W* | *Medical Bills ACCOUNT PLACED FOR COLLECTION 12/99* | | | | $ 255.00 |
| Account No: *Creditor # : 46 MEDICAL C/O GOLDKEY CREDIT 625 US HIGHWAY 1 STE 105 KEY WEST, FL 33040* | *H* | *Medical Bills 2 CLAIMS PLACED FOR COLLECTION 4/02* | | | | $ 204.00 |
| Account No: *Creditor # : 47 MEDICAL C/O CREDITECH 50 N 7TH STREET BANGOR, PA 18013* | *W* | *Medical Bills ACCOUNT PLACED FOR COLLECTION 8/03* | | | | $ 299.00 |

Sheet No. <u>10</u> of <u>17</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      *1,093.00*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor    Case No. <u>1-05-06121</u>

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 48 MEDICAL C/O PEERLESS CREDIT 725 MAPLE ROAD MIDDLETOWN PA 17057 | W | Medical Bills ACCOUNT PLACED FOR COLLECTION 3/02 | | | | $ 952.00 |
| Account No: Creditor # : 49 MEDICAL C/O NATIONAL RECOVERY 420 CRUMS MILL ROAD HARRISBURG, PA 17112 | H | Medical Bills 2 CLAIMS PLACED FOR COLLECTION 9/00 & 11/02 | | | | $ 154.00 |
| Account No: Creditor # : 50 MELVIN A YESHNIK MD C/O IC SYSTEMS POST OFFICE BOX 64378 SAINT PAUL, MN 55164 | J | Medical Bills | | | | $ 185.00 |
| Account No: Creditor # : 51 MET-ED POST OFFICE BOX 15152 READING, PA 19612-515 | J | UTILITIES | | | | $ 876.08 |
| Account No: Creditor # : 52 MICHAEL POSNER MD 455 SOUTH WASHINGTON STREET GETTYSBURG, PA 17325 | J | Medical Bills | | | | Unknown |
| Account No: Creditor # : 53 NATIONWIDE INSURANC C/O COLLECTION 2 WELLS AVENUE NEWTON, MA 02459 | H | INSURANCE EXPENSES ACCOUNT PLACED FOR COLLECTION 6/04 | | | | $ 56.00 |

Sheet No. <u>11</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 2,223.08 |
| **Total $** (Report total also on Summary of Schedules) | |

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor     Case No. _1-05-06121_
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 2508 Creditor # : 54 NCSCORP POST OFFICE BOX 1787 LONGVIEW WA 98632 | H | CHARGE ACCOUNT | | | | $ 3,618.50 |
| Account No: Creditor # : 55 ORCHARD BANK MASTERCARD C/O RJM ACQUISITIONS LLC 575 UNDERHILL BLVD STE 224 SYOSSET, NY 11791 | H | CHARGE ACCOUNT ACCOUNT PLACED FOR COLLECTION 8/01 | | | | $ 978.00 |
| Account No: Creditor # : 56 ORCHARD BANKCARD SERVICES POST OFFICE BOX 80084 SALINAS CA 93912-0084 | J | Credit Card Purchases | | | | Unknown |
| Account No: Representing: ORCHARD BANKCARD SERVICES | | RJM ACQUISITIONS FUNDING LLC POST OFFICE BOX 11154 HAUPPAUGE NY 11788-1154 | | | | |
| Account No: Creditor # : 57 PENNSYLVANIA NEURO ASSOC LTD 108 LOWTHER STREET LEMOYNE PA 17043 | J | Medical Bills | | | | $ 732.00 |
| Account No: Creditor # : 58 PERFORMANCE HEATING & COOLING 5681 NURSERY ROAD DOVER, PA 17315 | J | SERVICES RENDERED | | | | $ 92.19 |

Sheet No. _12_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     5,420.69

Total $ (Report total also on Summary of Schedules)

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor    Case No. _1-05-06121_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 59*<br>*PORTFOLIO*<br>*POST OFFICE BOX 12914*<br>*NORFOLK  VA 23541* | J | *Collection of unsecured debt* | | | | *Unknown* |
| Account No:<br>*Creditor # : 60*<br>*PRESTIGE CABLE*<br>*1327 WASINGTON ROAD*<br>*WESTMINSTER MD 21157* | J | *CABLE BILL* | | | | *Unknown* |
| Account No:<br>*Creditor # : 61*<br>*QUANTUM IMAGING & THERAPEUTIC*<br>*BILLING OFFICE/A93*<br>*2527 CRANBERRY HIGHWAY*<br>*WAREHAM  PA 02571-5000* | J | *Medical Bills* | | | | *$ 102.00* |
| Account No:<br>*Creditor # : 62*<br>*REISTERSTOWN 24 HR EMERG COMPL*<br>*501 EAST MAIN STREET*<br>*REISTERSTOWN MD 21136* | J | *Medical Bills* | | | | *$ 125.69* |
| Account No:<br>*Creditor # : 63*<br>*RENTALS UNLIMITED INC*<br>*POST OFFICE BOX 600*<br>*CLARKSBURG MD 20871* | J | *EQUIPMENT RENTALS* | | | | *$ 125.69* |
| Account No:<br>*Creditor # : 64*<br>*SEARS*<br>*13200 SMITH ROAD*<br>*CLEVELAND, OH 44130* | J | *CHARGE ACCOUNT* | | | | *Unknown* |

Sheet No. _13_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _353.38_
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor     Case No. _1-05-06121_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br><br> Representing: <br> SEARS | | RISK MGMT ALTERNATIVES <br> 802 E MARTINSTOWN RD <br> STE 201 <br> NORTH AUGUSTA SC 29841 | | | | |
| Account No: <br> Creditor # : 65 <br> SHIPLEY ENERGY <br> POST OFFICE BOX 946 <br> YORK    PA 17405-0946 | J | HEATING FUEL | | | | $ 278.88 |
| Account No: <br><br> Representing: <br> SHIPLEY ENERGY | | CREDIT BUREAU OF YORK <br> 33 S DUKE STREET <br> YORK    PA 17401-1401 | | | | |
| Account No: <br> Creditor # : 66 <br> SPRINT <br> POST OFFICE BOX 96064 <br> CHARLOTTE   NC 26296 | J | TELEPHONE SERVICE | | | | $ 368.00 |
| Account No: <br><br> Representing: <br> SPRINT | | NCO FINANCIAL SYSTEMS <br> POST OFFICE BOX 41417 <br> DEPARTMENT #99 <br> PHILADELPHIA, PA 19101 | | | | |
| Account No: <br><br> Representing: <br> SPRINT | | NATIONAL ACCEPTANCE COMPANY <br> POST OFFICE BOX 6504 <br> HARRISBURG, PA 17112 | | | | |

Sheet No. _14_ of _17_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    646.88
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor      Case No. <u>1-05-06121</u>

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Representing: SPRINT | | RISK MGMT ALTERNATIVES 7775 BAYMEADOWS WAY STE 302 JACKSONVILLE FL 32256 | | | | |
| Account No: Creditor # : 67 SPRINT POST OFFICE BOX 96064 CHARLOTTE NC 28296 | J | TELEPHONE SERVICE | | | | $ 179.32 |
| Account No: Representing: SPRINT | | NCO FINANICAL SYSTEMS POST OFFICE BOX 41417 DPEARTMENT #99 PHILADELPHIA, PA 19101 | | | | |
| Account No: Creditor # : 68 THE CHILDRENS HEALTH CENTER NACY AYCOCK-WLAMAN MD 11823 REISTERTOWN ROAD REISTERSTOWN MD 21136 | J | Medical Bills | | | | $ 387.00 |
| Account No: Creditor # : 69 THE SWISS COLONY 1112 7TH AVENUE MONROE WI 53566-1364 | W | CHARGE ACCOUNT ACCOUNT PLACED FOR COLLECTION 6/03 | | | | $ 169.00 |
| Account No: Representing: THE SWISS COLONY | | MERCHANTS CREDIT GUIDE CO 223 W JACKSON BLVD CHICAGO, IL 60606 | | | | |

Sheet No. <u>15</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   735.32 (Total of this page)

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond  / Debtor       Case No. 1-05-06121
                                                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 70<br>TRAVELERS  BANK<br>POST OFFICE BOX 15071<br>WILMINGTON  DE 19850 | J | NOTE LOAN | | | | $ 2,667.00 |
| Account No:<br>Creditor # : 71<br>TRIANGLE RECOVERY<br>POST OFFICE BOX 6760<br>BALTIMORE, MD 21285-6760 | J | BANK FEES | | | | Unknown |
| Account No:<br>Creditor # : 72<br>VALLEY CREDIT SERVICES<br>POST OFFICE BOX 2162<br>HAGERSTOWN, PA 21742 | J | COLLECTION FOR VETERINARY BILL | | | | $ 270.00 |
| Account No:<br>Creditor # : 73<br>WELLSPAN MEDICAL GROUP<br>PHYSICIAN BILLING SERVICES<br>POST OFFICE BOX 15150<br>YORK    PA 17405-7150 | J | Medical Bills | | | | $ 331.00 |
| Account No:<br>Representing:<br>WELLSPAN MEDICAL GROUP | | NATIONAL RECOVERY AGENCY<br>POST OFFICE BOX 67015<br>HARRISBURG, PA 17106-7015 | | | | |
| Account No:<br>Creditor # : 74<br>WOLFE & RICE<br>HIGH STREET<br>GETTYSBURG, PA 17325 | J | 2004<br>LEGAL FEES | | | | $ 900.00 |

Sheet No. 16 of 17 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)  4,168.00
Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor    Case No. _1-05-06121_
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 75* *YORK HOSPITAL* *POST OFFICE BOX 15198* *YORK    PA 17405-7198* | J | *Medical Bills* | | | | $ 3,493.65 |
| Account No: *Representing:* *YORK HOSPITAL* | | *ACCOUNTS RECOVERY BUREAU* *555 VAN REED ROAD* *WYOMISSING, PA  19610* | | | | |
| Account No: *Representing:* *YORK HOSPITAL* | | *PENN CREDIT CORPORATION* *POST OFFICE BOX 988* *HARRISBURG, PA 17108-0988* | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _17_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)  3,493.65
Total $ (Report total also on Summary of Schedules)  69,334.24

In re __Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond__ / Debtor     Case No. __1-05-06121__

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_    / Debtor    Case No. _1-05-06121_

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _JOHN & MARY CALLOWAY_<br>_32 CONSTITUTION COURT_<br>_LITTLESTOWN PA  17340_ | _ADAMS COUNTY TAX CLAIM BUREAU_<br>_111-117 BALTIMORE STREET_<br>_ROOM #4_<br>_GETTYSBURG, PA  17325_<br><br>_UNION PLANTERS BANK MORTGAGE_<br>_POST OFFICE BOX 1860_<br>_MEMPHIS, TN  38103_ |

In re **Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond** / Debtor    Case No. **1-05-06121**

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP<br>*<br>* | AGE<br>*10*<br>*YRS,*<br>*6 YRS.* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *CONTRACTOR* | *Unemployed* |
| Name of Employer | *SELF EMPLOYED* | |
| How Long Employed | *5 YRS.* | |
| Address of Employer | *–*<br>*– – –* | |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | *5,000.00* | $ *0.00* |
| Estimated Monthly Overtime | $ | *0.00* | $ *0.00* |
| SUBTOTAL | $ | *5,000.00* | $ *0.00* |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll Taxes and Social Security | $ | *1,250.00* | $ *0.00* |
| b. Insurance | $ | *0.00* | $ *0.00* |
| c. Union Dues | $ | *0.00* | $ *0.00* |
| d. Other (Specify): | $ | *0.00* | $ *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *1,250.00* | $ *0.00* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | *3,750.00* | $ *0.00* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ *0.00* |
| Income from Real Property | $ | *0.00* | $ *0.00* |
| Interest and dividends | $ | *0.00* | $ *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ *0.00* |
| Social Security or other government assistance | | | |
| Specify: *CHILDRENS BENEFITS* | $ | *0.00* | $ *521.00* |
| Pension or retirement income | $ | *0.00* | $ *0.00* |
| Other monthly income | | | |
| Specify: | $ | *0.00* | $ *0.00* |
| TOTAL MONTHLY INCOME | $ | *3,750.00* | $ *521.00* |
| TOTAL COMBINED MONTHLY INCOME   $ | *4,271.00* | | |
| (Report also on Summary of Schedules) | | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re <u>Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond</u> / Debtor    Case No. <u>1-05-06121</u>
(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,184.00 |
| Are real estate taxes included? Yes ☐ No ☒ | |
| Is property insurance included? Yes ☐ No ☒ | |
| Utilities: Electricity and heating fuel | $ 150.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 60.00 |
| Other TELEVISION | $ 100.00 |
| Other CELL PHONES | $ 100.00 |
| Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 100.00 |
| Food | $ 400.00 |
| Clothing | $ 75.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 0.00 |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 40.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 92.00 |
| Other BUSINESS LIABILITY | $ 63.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other: ORTHODONTIA | $ 100.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: DiESEL GASOLINE TO MD | $ 400.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,064.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ 0.00 |
| B. Total projected monthly expenses | $ 0.00 |
| C. Excess income (A minus B) | $ 0.00 |
| D. Total amount to be paid into plan each: *Weekly* | $ 0.00 |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# SOUTHERN DIVISION

In re *Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond*          Case No. *1-05-06121*
                                                                     Chapter  *13*

_____ / Debtor


# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $    235,000.00 | | |
| B-Personal Property | *Yes* | *3* | $     20,970.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *3* | | $    249,998.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $     15,215.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *18* | | $     69,334.24 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      4,271.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      3,064.00 |
| Total Number of Sheets in All Schedules ► | | *32* | | | |
| Total Assets ► | | | $    255,970.00 | | |
| Total Liabilities ► | | | | $    334,547.24 | |

FORM B6 (6/90) West Group, Rochester, NY

In re _Ronald C. Hammond, Jr. and Bonnie M. Still-Hammond_ / Debtor    Case No. _1-05-06121_
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___33___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____     Signature _/s/ Ronald C. Hammond, Jr._
                                    _Ronald C. Hammond, Jr._

Date: _____     Signature _/s/ Bonnie M. Still-Hammond_
                                    _Bonnie M. Still-Hammond_

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## SOUTHERN DIVISION

In re *Ronald C. Hammond, Jr.*
  *dba Custom Home Expressions*
  *and*
  *Bonnie M. Still-Hammond*

Case No. *1-05-06121*
Chapter *13*

_____/ Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT                              SOURCE (if more than one)

*Year to date: 10000.00 FROM*       *DEBTOR HUSBAND'S WAGES FROM 2 MOS OF SELF EMPLOYMENT*
*7/05 - 8/05*
  *Last Year: $37,000.00*
*Year before: $31,000.00*

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

*Year to date: $4,168.00*          *DEBTOR WIFE'S DAUGHTER'S SOCIAL SECURITY BENEFITS*
*THROUGH AUGUST*

QUESTION 2 CONTINUED ...

<u>AMOUNT</u>                                  <u>SOURCE</u>

*Year to date: 0*                      *CHILD SUPPORT FOR DEBTOR WIFE'S DAUGHTER*
   *Last Year: APPROX.*
*$4,168.00*
*Year before: APPROX.*
*$6,252.00*

---

**3. Payments to creditors.**

   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

   b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *UNION PLANTERS BANK NA vs JOHN J CALLOWAY, MARY FRANCIS CALLAWAY AND BONNIE MICHELE STILL-HAMMOND; DOCKET #03-SU-667* | *MORTGAGE FORECLOSURE* | *ADAMS COUNTY COURT OF COMMONS PLEAS* | *JUDEMENT ENTERED AGAINST DEBTOR* |
| *RHONDA L STAUB SPICKA vs BONNIE M STILL-HAMMOND; DOCKET #2004 NO 396* | *CIVIL* | *ADAMS COUNTY COURT OF COMMON PLEAS* | *JUDGMENT ENTERED* |
| *TRACEY R MCVEY vs BONNIE STILL HAMMOND; DOCKET NO. CV-06-05 & MD-49-05* | *CIVIL* | *DISTRICT JUSTICE MAGISTERIAL DISTRICT NO. 51-3-01* | *ORDER OF EXECUTION ENTERED* |

   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement  of  this  case.

☒ NONE

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is  not  filed.)

☒ NONE

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses.

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual:* *RONALD C HAMMOND JR* *Business CUSTOM HOME* *EXPRESSIONS* | *TaxPayer ID:* *71-0965117* | *HOME IMPROVEMENT* | *3/04 –* *PRESENT* |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements.

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ NONE

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☒ NONE

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☒ NONE

**20. Inventories.**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

**21. Current Partners, Officers, Directors and Shareholders.**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

**22. Former partners, officers, directors and shareholders.**

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

**23. Withdrawals from a partnership or distribution by a corporation.**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

Statement of Affairs - Page 6

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature */s/ Ronald C. Hammond, Jr.* _____
                                   *Ronald C. Hammond, Jr.*


Date _____    Signature */s/ Bonnie M. Still-Hammond* _____
                                   *Bonnie M. Still-Hammond*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.